

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00212-CV

| | |
|---|---|
| GLENDA BROWN AND WILLIAM JONES, Appellants | § On Appeal from the 431st District Court |
| | § of Denton County (17-3609-158) |
| V. | § June 9, 2022 |
| RUTH SANDERS, Appellee | § Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellants Glenda Brown and William Jones must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By /s/ Elizabeth Kerr
      Justice Elizabeth Kerr